```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

CHRISTINA BOTELLO,              §
                                §
    Plaintiff,                 §
                                §
v.                              §   C.A. NO. C-06-477
                                §
CORPUS CHRISTI HOUSING          §
AUTHORITY,                      §
                                §
    Defendant.                 §

## ORDER

On this day the Court held a telephone conference in the above-styled action, in regards to a discovery dispute between Plaintiff and Defendant. The parties' discovery dispute concerned the deposition of Richard Franco, Executive Director of the Defendant Corpus Christi Housing Authority. Specifically, Plaintiff requested relief from the Court regarding the numerous corrections Mr. Franco sought to make to his deposition testimony.

At the telephone conference, the Court ORDERED as follows:

1. Plaintiff may reopen the deposition of Richard Franco. The costs of taking such additional deposition testimony shall be borne by Mr. Franco. Such costs include the costs of the deposition (including, but not limited to, the costs of the court reporter) and the attorney's fees involved in taking the additional deposition testimony.

2. For the purpose of dispositive motions in the above-styled action, if the original sworn deposition testimony

of Mr. Franco is contradicted or substantively altered by his later corrections and/or "clarifications," the Court will only consider Mr. Franco's <u>original</u> sworn deposition testimony.

SIGNED and ENTERED this 12th day of July, 2007.

_____
Janis Graham Jack
United States District Judge