```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| CHRISTINA BOTELLO, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. C-06-477 |
| | § | |
| CORPUS CHRISTI HOUSING AUTHORITY, | § § | |
| | § | |
|     Defendant. | § | |

### ORDER

On this day came on to be considered Defendant's motion for leave to re-file its motion for summary judgment (D.E. 20). Defendant originally filed its motion for summary judgment in this case on July 16, 2007 (D.E. 17). The Court struck the motion on July 19, 2007, because a necessary signature was missing from the signature block (D.E. 18). Defendant re-filed its motion for summary judgment on July 20, 2007, correcting the problem regarding the missing signature (D.E. 19). Defendant now belatedly seeks permission for leave to file the above referenced "re-filed" motion for summary judgment with the correct signature block (D.E. 20, seeking permission to file D.E. 19).

Defendant's motion for leave is hereby GRANTED. Defendant's re-filed motion for summary judgment is hereby deemed filed as of ***July 20, 2007***, the date it was actually filed and made a part of the docket of the above-styled action. In accordance with Local

Rules 7.3 and 7.4, **_Plaintiff's response to Defendant's re-filed motion for summary judgment is due on August 9, 2007_**, twenty days after the motion was filed with the Court.

SIGNED and ENTERED this 27th day of July, 2007.

_____
Janis Graham Jack
United States District Judge